RECEIVED
AUG 12 2010
CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 13 AUG 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RALPH DONALDSON, JR.,

         Plaintiff,  Civ. No. 09-cv- 476 (LTS)(DFE)

vs.             STIPULATION

CAPGEMINI US LLC,
KANBAY CONSULTING LLC INCENTIVE
COMPENSATION PROGRAM,
EDWARD POURSHALCHI and JOSEPH
MOYE,

         Defendants.

---

  IT IS HEREBY STIPULATED AND AGREED, by Plaintiff, by his attorneys Giskan Solotaroff Anderson & Stewart LLP and Defendants, by their attorneys, Chadbourne & Park LLP, that the Second Amended Complaint, attached hereto, may be filed in this action.

Dated: August 10, 2010
    New York, New York

_____
Jason L. Solotaroff, Esq.
GISKAN SOLOTAROFF
ANDERSON & STEWART LLP
11 Broadway, Suite 2150
New York, NY 10004
(212) 847-8315
jsolotaroff@gslawny.com

_____
Gerry Silver
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza, New York, NY 10112
(212) 408-5260
gsilver@chadbourne.com

So ordered:

_____ 8/13/2010
LAURA T. SWAIN, U.S.D.J.