EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RALPH DONALDSON, JR.

                Plaintiff,                          Civ. No.: 09 CV 476 (LTS)(JLC)

               -against-                        STIPULATION OF DISMISSAL

CAPGEMINI US LLC, KANBAY CONSULTING
LLC INCENTIVE COMPENSATION PROGRAM,
EDWARD POURSHALCHI and JOSEPH MOYE,

                Defendants.
-----------------------------------------------------------x

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto, that this action is hereby dismissed with prejudice, with each party bearing its own respective attorneys' fees, costs, and expenses.

Dated: New York, New York
       ~~November~~ December 7, 2010

GISKAN SOLOTAROFF
ANDERSON & STEWART LLP

By: _____
    Jason L. Solotaroff, Esq.
    11 Broadway, Suite 2150
    New York, NY 10004
    (T) 212-847-8315
    (F) (646) 520-2235
    Attorneys for Plaintiff

CHADBOURNE & PARKE LLP

By: _____
    Gerald D. Silver, Esq.
    30 Rockefeller Plaza
    New York, New York 10112
    (T) (212) 408-5260
    (F) (646) 710-5260
    Attorneys for Defendants

SO ORDERED:

_____
    U.S.D.J.

CPAM: 3313468.2