USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 0 7 DEC 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

RALPH DONALDSON, JR.                          :
                                              :
                        Plaintiff,            :        Civ. No.:  09 CV 476 (LTS)(JLC)
                                              :
            -against-                         :        STIPULATION OF DISMISSAL
                                              :
CAPGEMINI US LLC, KANBAY CONSULTING           :
LLC INCENTIVE COMPENSATION PROGRAM,           :
EDWARD POURSHALCHI and JOSEPH MOYE.           :
                                              :
                        Defendants.           :
-------------------------------------------------------------- X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for the parties hereto, that this action is hereby dismissed with prejudice, with each party

bearing its own respective attorneys' fees, costs, and expenses.

Dated: New York, New York
       December 1, 2010

GISKAN SOLOTAROFF                             CHADBOURNE & PARKE LLP
ANDERSON & STEWART LLP


By: _____ /SRB           By: _____
    Jason L. Solotaroff, Esq.                     Gerald D. Silver, Esq.
    11 Broadway, Suite 2150                       30 Rockefeller Plaza
    New York, NY 10004                            New York, New York 10112
    (T) 212-847-8315                              (T) (212) 408-5260
    (F) (646) 520-3235                            (F) (646) 710-5260
    Attorneys for Plaintiff                       Attorneys for Defendants

The clerk of Court is requested to close this case.
SO ORDERED:

_____  12/7/10
         U.S.D.J.

CPAM 3313408 2